IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CESAR I. ALVAREZ-BARRERA | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-18 |
| WARDEN, FCI BEAUMONT | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

    Petitioner Cesar I. Alvarez-Barrera, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting Respondent's motion for summary judgment and dismissing the petition without prejudice.

    The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

    Accordingly, the findings of fact and the conclusions of law of the magistrate judge are correct, and the report and recommendation of the magistrate judge (document no. 7) is **ADOPTED**.

Respondent's motion for summary judgment (document no. 6) is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

    **SIGNED** this the 5 day of **July, 2022.**

_____
Thad Heartfield
United States District Judge